MINUTE ENTRY (JS-10: 10 )
ZAINEY, J.
NOVEMBER 3, 2005

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

THOMAS R. BOWERS                                    CIVIL ACTION

VERSUS                                              NO. 04-3086

GENERAL ELECTRIC CO., ET AL.                        SECTION "A"(4)


    On this date the Court held a status conference with the following counsel in attendance: Robert K. McCalla for Defendants.  Due to phone difficulties Plaintiff's counsel could not be reached for conferencing.  Considering the grave losses sustained by Plaintiff's counsel during Hurricane Katrina, and further considering that Plaintiff is now employed overseas, the Court has determined that Plaintiff cannot prosecute his claims at this time.

    Accordingly;

    **IT IS ORDERED** that this matter is **STAYED** pending further orders of the Court;

    **IT IS FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes.  The Court shall retain

jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

\* \* \* \* \* \* \* \*

*[signature: Jay C. Zainey]*